NICHOLAS A. TRUTANICH
United States Attorney
District of Nevada
Nevada Bar Number 13644
MARK E. WOOLF
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
702-388-6336
mark.woolf@usdoj.gov
*Attorneys for the United States*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Quality Loan Service Corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>United States et al.,<br><br>    Defendants. | Case No.: 2:19-cv-00256-APG-PAL<br><br>**Stipulation to Extend Time**<br><br>**(First Request)** |

Pursuant to Local Rule IA 6-2 and Local Rule 7-1, the United States of America and Quality Loan Service Corporation, through their respective counsel, hereby stipulate to extend the time for the United States to file a responsive or other pleading until **May 21, 2019**. The extension is not sought for purposes of delay or any other improper purpose, but to allow the parties to explore resolving this matter short of continued litigation.

It is the United States' position that it has first priority vis-à-vis its restitution lien on the surplus funds that are the subject of this interpleader complaint. The parties need additional time, however, to allow other parties to either disclaim their interest, appear, or have default taken against them. It is believed that the additional time requested by way of this stipulation will be sufficient to permit the parties to either resolve this matter in its entirety or identify the relevant issues that would need to be addressed in briefing under Local Rule 22-1. The parties reserve the opportunity to request additional time should it be necessary.

Based on the foregoing, and good cause appearing, it is hereby stipulated and agree that the United States shall have up to and until **May 21, 2019**, to file a responsive or other pleading in this interpleader action.

Respectfully submitted this 18th day of March 2019.

| | |
|---|---|
| NICHOLAS A. TRUTANICH<br>United States Attorney | MCCARTHY & HOLTHUS, LLP |
| /s/ *Mark E. Woolf*<br>MARK E. WOOLF<br>Assistant United States Attorney | /s/ *Kristin A. Schuler-Hintz*<br>KRISTIN A. SCHULER-HINZ<br>Nevada Bar No. 7171 |
| *Attorneys for the United States* | *Attorney for Plaintiff Quality Loan Service Corp.* |

**IT IS SO ORDERED:**

**PEGGY A. LEEN**
**UNITED STATES MAGISTRATE JUDGE**

DATED: March 22, 2019