|   |   |
|---|---|
| **UNITED STATES DISTRICT COURT** | |
| **DISTRICT OF NEVADA** | |
| QUALITY LOAN SERVICE CORPORATION,<br><br>Plaintiff<br><br>v.<br><br>AMERICAN EXPRESS CENTURION BANK, UNITED STATES, JAGUAR CREDIT, CITY OF HENDERSON DEPARTMENT OF UTILITY SERVICES- CUSTOMER SERVICE, FRANCO GALLI; and DOES I THROUGH 50, inclusive,<br><br>Defendant | Case No.: 2:19-cv-00256-APG-DJA<br><br>**Order Granting Motion for Attorneys' Fees and Costs and Discharge**<br><br>[ECF Nos. 31, 32] |

Plaintiff Quality Loan Service Corp. has entered into a stipulated settlement with the United States of America. ECF No. 31. Based on that settlement, Quality moves for distribution of the remaining funds and to be discharged from further liability. ECF No. 32. The requests are supported by good cause, so I grant them.

I THEREFORE ORDER that Quality's stipulation **(ECF No. 31)** and motion **(ECF No. 32) are GRANTED.**

I FURTHER ORDER that:

1. Quality is forever fully released and discharged from any liability to the parties appearing in this case, and to any other parties (past, present, or future), by virtue of its notices to potential claimants/defendants of the existence and availability of the excess proceeds in this matter, and its adherence to the requirements of NRS § 40.462.

2. Quality is forever fully discharged by reason of its payment of the sum of $9,684.77 to the United States of America in partial satisfaction of its claim (recorded as instrument no 201101250002955 on January 25, 2011).

3. Quality's liability is extinguished and all defendants/claimants and any other claimants (past, present, or future) are enjoined from making any further claims or demands against Quality in relation to the foreclosure sale of the subject property.

4. The remaining surplus funds in the amount of $15,950.12 shall be distributed as follows:

    a. McCarthy & Holthus, LLP shall deduct $3,861.25 from the surplus funds for its reasonable attorneys' fees and $2,404.10 for the costs incurred in connection with this case; and

    b. Quality shall pay to the United States of America $9,684.77 in partial satisfaction of its claim.

DATED this 31st day of December, 2019.

---
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE