# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| QUALITY LOAN SERVICE CORPORATION, | Case No.: 2:19-cv-00256-APG-DJA |
| Plaintiff | **Order Closing Case** |
| v. | |
| UNITED STATES, et al., | |
| Defendants | |

In light of the fact that all funds in this interpleader action have been distributed,

I ORDER the clerk of court to close this case.

DATED this 8th day of January, 2020.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE